IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATRICIA HOLLOWAY,                                              No. 3:13-cv-01787-AC

          Plaintiff,

    v.

CLACKAMAS RIVER WATER, et al.,                                  ORDER

          Defendants.

HERNANDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings & Recommendation (#76) on July 5, 2016, in which he recommends the Court deny Plaintiff's motion to amend her complaint without leave to re-file it. Plaintiff has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th

1 - ORDER

Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

    I have carefully considered Plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

    The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [76], and therefore, Plaintiff's motion for leave to amend [64] is denied and this case is dismissed with prejudice.

    IT IS SO ORDERED.

DATED this  25  day of  Sept. , 2016.

MARCO A. HERNANDEZ
United States District Judge

2 - ORDER