IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PATRICIA HOLLOWAY,

          Plaintiff,

   v.

CLACKAMAS RIVER WATER; DEAN MARK PHILLIPS; KATHERINE KEHOE; BARBARA KEMPER; CINDI LEWIS-WOLFRAM; MICHAEL CARDWELL; VANCE VOYLES; LARRY SOWA; KENNETH HUMBERTSON; HUGH KALANI; SPECIAL DISTRICTS ASSOCIATION OF OREGON; FRANK STRATTON; JENS JENSEN; DOUG ANDERSON; TAMSEN LEACHMAN; CLACKAMAS RIVER WATER BOARD OF COMMISSIONERS; DAVID McNEEL; NAOMI ANGIER; WILLIAM BLANAS; SHERRY FRENCH; LEE E. MOORE, SR.; SPECIAL DISTRICTS INSURANCE SERVICES,

          Defendants.

No. 3:13-cv-01787-AC

ORDER

1 - ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Acosta issued a Findings and Recommendation [ECF 148] on April 24, 2020, in which he recommends that this Court grant Defendants' Motions to Dismiss [ECF 104, 120]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 152. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

///
///
///
///
///
///
///
///
///

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [ECF 148]. Therefore, Defendants' motions to dismiss [ECF 104, 120] are GRANTED. Plaintiff's First Amendment retaliation claim is dismissed with prejudice, and her state-law claims are dismissed without prejudice to allow pursuit of such claims in state court.

IT IS SO ORDERED.

DATED:      September 10, 2020     .

*/s/ Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge

3 - ORDER